IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOSHUA GIBBONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Nos. 2:23-cv-00138-TAV-CRW |
| | ) | |
| CITY OF KINGSPORT, TENNESSEE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Plaintiff, Joshua Gibbons, gives notice hereby of the appearance of attorneys Richard E. Collins and Dan Channing Stanley of the law firm of Stanley & Collins, PLLC, as counsel of record for Plaintiff in this action.

Respectfully submitted,

_____
Dan Channing Stanley (TN Bar No. 21002)
Richard E. Collins (TN Bar No. 024368)
STANLEY & COLLINS, PLLC
422 S. Gay Street, Suite 300
Knoxville, TN 37902
(865) 522-9942
(865) 522-9945 fax
richard@knoxvilleattorney.com
dan@knoxvilleattorney.com

Adam Steinbaugh (Cal. Bar. No. 304829)
*Application for admission pro hac vice forthcoming*
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
adam@thefire.org

**Counsel for Plaintiff Joshua Gibbons**