UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOSHUA GIBBONS

    Plaintiff,

v.                                                    Case No. 2:23-cv-00138-TAV-

DALE PHIPPS, et al.,

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Joshua Gibbons, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

California and Pennsylvania

[✓] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/31/2023

_____
(Signature–hand signed)

Name: Adam Steinbaugh
Firm: Foundation for Individual Rights and Expression
Address:
    510 Walnut St., Suite 1250, Philadelphia, PA 19106

Email address: adam@thefire.org

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

Case 2:23-cv-00138-TAV-CRW    Document 9    Filed 10/31/23    Page 1 of 1    PageID #: 41