# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

---

I, KIRY K. GRAY, Clerk of this Court, certify that

__Adam Blair Steinbaugh__, Bar No. __304829__

was duly admitted to practice in this Court on __September 21, 2015__
<br>DATE

and __is active and in good standing__ as a member of the Bar

of this Court.

Dated at Los Angeles, California

on __October 17, 2023__
<br>Date

KIRY K. GRAY
<br>Clerk of Court

By ___Shea Bourgeois___, Deputy Clerk



G-52 (09/15)    CERTIFICATE OF GOOD STANDING

Case 2:23-cv-00138-TAV-CRW   Document 9-1   Filed 10/31/23   Page 1 of 1   PageID #: 42