UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JOSHUA GIBBONS, | ) |
| Plaintiff, | ) |
| vs. | ) 2:23-CV-138 |
| DALE PHIPPS, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a Motion for the admission of Adam Steinbaugh, Esq. *pro hac vice* in this action [Doc. 9]. This Motion is **GRANTED**. Counsel *MUST* register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge