| | |
|---|---|
| JOSHUA GIBBONS,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF KINGSPORT, TENNESSEE, et al. ,<br><br>     Defendants. | No. 2:23-cv-00138-TAV-CRW |

## NOTICE OF APPEARANCE

Plaintiff, Joshua Gibbons, gives notice hereby of the appearance of attorney Ursula Bailey, as counsel of record for the Plaintiff in this action.

Respectfully submitted this the 3rd day November, 2023.


By:    s/*Ursula Bailey*
        URSULA BAILEY, BPR #020616

Law Office of Ursula Bailey
422 South Gay Street, Suite 301
Knoxville, Tennessee 37902


## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This the 3rd day of <u>November</u>, <u>2023</u>.


/s/ Ursula Bailey
URSULA BAILEY