UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Joshua Gibbons

   Plaintiff,

v.

City of Kingsport, et al

   Defendant.

Case No. 2:23-CV-00138

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Joshua Gibbons     ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Pennsylvania and the District of Columbia

[✓] AND I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/07/23

*Adam J. Tragone*
(Signature–hand signed)

Name: Adam J. Tragone

Firm: Foundation for Individual Rights and Expression
Address:

  510 Walnut St. Suite 1250. Philadelphia, PA 19106

Email address: adam.tragone@thefire.org

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.