# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

## CERTIFICATE OF GOOD STANDING

I, _____BRANDY S. LONCHENA_____ , Clerk of this Court,

certify that _____ADAM J. TRAGONE_____ , Bar # _____322479_____ ,

was duly admitted to practice in this Court on _____12/01/2016_____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____PITTSBURGH, PA_____ on _____11/02/2023_____
       *(Location)*                                              *(Date)*

We have reviewed our records and determined that no disciplinary or administrative suspension proceedings, whether primary or reciprocal, have been filed against you in this Court as of the date of this certificate. This Certificate does not attest to your status with any other courts or state bars to which you may be admitted.

_____Brandy S. Lonchena_____
*CLERK*

_____[signature]_____
*DEPUTY CLERK*