Joshua Gibbons

        Plaintiff,

v.

City of Kingsport, et al.

        Defendant.

Case No. **2:23-CV-00138**

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Joshua Gibbons** ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    **Illinois**

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **November 7, 2023**

_(signature)_

(Signature–hand signed)

Name: **Raul Alexandro Ruiz**

Firm: **Foundation for Individual Rights and Expression**

Address:

    **510 Walnut St., Philadelphia, PA 19106**

Email address: **raul.ruiz@thefire.org**

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.