# CERTIFICATE OF GOOD STANDING



*United States of America*

                                   **}ss.** Raul Alexandro Ruiz

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Raul Alexandro Ruiz was duly admitted to practice in said Court on (03/30/2023) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/01/2023 )

                     Thomas G. Bruton , Clerk,

                     By:  Sarah Bouchard
                        Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SARAH BOUCHARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 1, 2023