UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

JOSHUA GIBBONS,                          )
                                         )
          Plaintiff,                     )
                                         )          **2:23-CV-138**
vs.                                      )
                                         )
DALE PHILLIPS, et al.,                   )
                                         )
          Defendants.                    )
                                         )

## <u>ORDER</u>

Plaintiff has filed a Motion for the admission of Adam J. Tragone, Esq. *pro hac vice* in this action [Doc. 12]. This Motion is **GRANTED**. Counsel *MUST* register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

          SO ORDERED:

                              /s/Cynthia Richardson Wyrick
                              United States Magistrate Judge