UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JOSHUA GIBBONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:23-CV-138 |
| vs. ) | |
| ) | |
| DALE PHILLIPS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Plaintiff has filed a Motion for the admission of Raul Alexandro Ruiz, Esq. *pro hac vice* in this action [Doc. 13]. This Motion is **GRANTED**. Counsel ***MUST*** register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge