# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

| | |
|---|---|
| JOSHUA GIBBONS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 2:23-CV-00138 |
| | ) |
| CITY OF KINGSPORT, a political subdivision of the State of Tennessee; | ) |
| | ) |
| DALE PHIPPS, the Chief of the City of Kingsport Police Department; | ) |
| | ) |
| JASON BELLAMY, Deputy Chief of the City of Kingsport Police Department; | ) |
| | ) |
| SEAN CHAMBERS, Commander of the City of Kingsport Police Department; | ) |
| | ) |
| MARTIN TAYLOR, a Lieutenant of the Kingsport Police Department; | ) |
| | ) |
| DARELL JOHNSON, a Lieutenant of the Kingsport Police Department; | ) |
| | ) |
| ROBERT MILLS, a Detective of City of Kingsport Police Department; and | ) |
| | ) |
| DANIEL HORNE, Sergeant Detective of the City of Kingsport Police Department. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Come now Hunter, Smith & Davis and J. Christopher Rose, without waiving any

issues or any defenses and without admitting liability, and respectfully request and move

this Honorable Court to enter Hunter, Smith & Davis and J. Christopher Rose as counsel

of record for Defendants City of Kingsport, Chief Dale Phipps, Deputy Chief Jason Bellamy, Commander Sean Chambers, Lieutenant Martin Taylor, Lieutenant Darell Johnson, Detective Robert Mills and Sergeant Detective Daniel Horne in the above captioned cause of action.

Respectfully submitted,

s/J. Christopher Rose
J. Christopher Rose (BPR #028106)
*Counsel for All Named Defendants*
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8871
Fax: (423) 378-8801
crose@hsdlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, J. Christopher Rose, hereby certify that on the 6th day of December, 2023, an exact copy of the foregoing "Notice of Appearance" was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties or their counsel listed upon the filing receipt. All other parties or their counsel, if any, will be served by regular United States Mail. Parties or their counsel may access this filing through the Court's electronic filing system.

**HUNTER, SMITH & DAVIS, LLP**

s/J. Christopher Rose
J. Christopher Rose, Esq.