# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

JOSHUA GIBBONS,

    *Plaintiff,*

    v.

DALE PHIPPS, et al.,

    *Defendants.*

No. 2:23-cv-00138-TAV-CRW

## [PROPOSED] ORDER

Having considered the Parties' Joint Motion to Stay the proceedings in this matter pending the resolution of related state criminal proceedings, and good cause appearing, this case is **STAYED** pending resolution of *State of Tennessee v. Joshua Daniel Gibbons*, No. 82CC1-2023-CR-77097, including any appeal therefrom. The parties are **ORDERED** to notify the Court within **fourteen (14) days** of any final resolution of the *Tennessee v. Gibbons* matter.

The parties are further **ORDERED** to file a status report regarding the status of the criminal matter **ninety (90) days** from the date of this Order, and every **ninety (90) days** thereafter, until the criminal proceeding is concluded.

IT IS SO ORDERED.

**SIGNED this \_\_\_\_ day of _____, 2024.**

_____
UNITED STATES DISTRICT JUDGE