UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Joshua Daniels Gibbons

Plaintiff,

v.                                                          Case No. 2:23-cv-00138

City of Kingsport, et al.

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Joshua Gibbons                                    ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Vermont

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/22/24

_____
(Signature–hand signed)

Name: James M. Diaz

Firm: Foundation for Individual Rights and Expression

Address:

510 Walnut St, Philadelphia, PA 19106

Email address: jay.diaz@thefire.org

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.