# UNITED STATES DISTRICT COURT
for the
District of Vermont

## CERTIFICATE OF GOOD STANDING

I, _____ Jeffrey S. Eaton _____ , Clerk of this Court,

certify that _____ James M. Diaz _____ , Bar # _____ 765449 _____ ,

was duly admitted to practice in this Court on _____ 04/01/2016 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Burlington, Vermont _____ on _____ 02/15/2024 _____
                         *(Location)*                                          *(Date)*

_____
Jeffrey S. Eaton
*CLERK*

_____
*DEPUTY CLERK*