IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENVILLE DIVISION

JOSHUA GIBBONS,

    *Plaintiff,*

    v.

CITY OF KINGSPORT, et al.,

    *Defendants.*

No. 2:23-cv-00138-TAV-CRW

## JOINT STATUS REPORT

In accordance with this Court's Order (ECF. No. 25) of February 1, 2024, staying this action pending resolution of the related criminal case against Plaintiff Joshua Gibbons, Plaintiff Gibbons and Defendants City of Kingsport, Dale Phipps, Jason Bellamy, Sean Chambers, Martin Taylor, Darell Johnson, Robert Mills, and Daniel Horne (the "Parties") submit this status report on the related criminal case in Sullivan County Circuit Court.

The Court granted the Parties' motion to stay this civil case because, among other things, (1) the pending criminal case arose from the same alleged conduct, (2) dismissal would unduly prejudice Plaintiff Gibbons, and (3) a stay promoted judicial economy. Order at 2–3. The Court Order required the parties to submit a joint status report every ninety days regarding the status of the criminal case. *Id.* at 3.

The criminal case against Plaintiff Gibbons is ongoing. On March 8, 2024, the

Sullivan County Circuit Court rescheduled the hearing on Plaintiff Gibbons' motion

to dismiss the related criminal case against him to June 24, 2024.

As ordered, the Parties will submit a joint status report in ninety days and

will notify the Court within fourteen days of the resolution of the criminal case. *See*

*id.* at 3.

| | |
|---|---|
| Dated: May 1, 2024 | Respectfully submitted, |

*/s/ J. Christopher Rose*[+]
J. Christopher Rose (BPR #028106)
Sydney B. Gilbert (BPR #036022)
**HUNTER, SMITH & DAVIS**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8871
crose@hsdlaw.com
sgilbert@hsdlaw.com

[+] *Signed by Adam Steinbaugh with permission of J. Christopher Rose*

**Counsel for Defendants**

*/s/ Adam Steinbaugh*
Adam B. Steinbaugh*
Pa. Bar No. 326475
James M. Diaz*
Vermont Bar No. 5014
Raul A. Ruiz*
Illinois Bar No. 6341000
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
Tel.: (215) 717-3473
Fax: (267) 573-3073
Email: adam@thefire.org

*Admitted pro hac vice

Dan Channing Stanley (TN Bar No. 2100
Richard E. Collins (TN Bar No. 024368)
STANLEY & COLLINS, PLLC
422 S. Gay Street, Suite 300
Knoxville, TN 37902
(865) 522-9942
(865) 522-9945 fax
richard@knoxvilleattorney.com
dan@knoxvilleattorney.com

**Counsel for Plaintiff Joshua Gibbons**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the forgoing

Joint Status Report has been served upon the counsel for the parties in interest

herein by operation of the court's electronic case filing system:

> J. Christopher Rose (BPR #028106)
> Sydney B. Gilbert (BPR #036022)
> **HUNTER, SMITH & DAVIS**
> 1212 N. Eastman Road
> P.O. Box 3740
> Kingsport, TN 37664
> (423) 378-8871
> crose@hsdlaw.com
> sgilbert@hsdlaw.com
> *Counsel for Defendants*

Dated this 1st day of May, 2024

/s/ Adam Steinbaugh
Adam Steinbaugh
