**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**GREENVILLE DIVISION**

| | |
|---|---|
| JOSHUA GIBBONS, <br><br>        *Plaintiff,* <br><br> v. <br><br> CITY OF KINGSPORT, et al., <br><br>        *Defendants.* | No.: 2:23-cv-00138-TAV-CRW <br><br><br> **NOTICE OF WITHDRAWAL OF JAMES M. DIAZ, ADAM TRAGONE, RAUL RUIZ, AND MATTHEW MCCLANAHAN AS COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 83.4(f), Adam B. Steinbaugh hereby notifies this Court that James M. Diaz, Adam J. Tragone, Raul Alexandro Ruiz, and Matthew Janson McClanahan are withdrawing as counsel for Plaintiff Joshua Gibbons. Adam B. Steinbaugh, Dan Channing Stanley, Richard E. Collins, and Ursula Bailey continue to represent Plaintiff in this matter.

Dated: January 6, 2025

Respectfully Submitted,

*/s/ Adam Steinbaugh*

| | |
|---|---|
| Adam B. Steinbaugh* <br> Pa. Bar No. 326475 <br> FOUNDATION FOR INDIVIDUAL RIGHTS <br>    AND EXPRESSION <br> 510 Walnut Street, Suite 900 <br> Philadelphia, Pennsylvania 19106 <br> Tel.: (215) 717-3473 <br> Fax: (267) 573-3073 <br> adam@thefire.org | Dan Channing Stanley (TN Bar No. 21002) <br> Richard E. Collins (TN Bar No. 024368) <br> STANLEY & COLLINS, PLLC <br> 422 S. Gay Street, Suite 300 <br> Knoxville, TN 37902 <br> Tel.: (865) 522-9942 <br> Fax: (865) 522-9945 <br> richard@knoxvilleattorney.com <br> dan@knoxvilleattorney.com |

**Counsel for Plaintiff Joshua Gibbons**

*Admitted pro hac vice

1

# CERTIFICATE OF SERVICE

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, January 6, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system.

Dated: January 6, 2025

/s/ Adam Steinbaugh
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION

2