# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### GREENVILLE DIVISION

JOSHUA GIBBONS,

    *Plaintiff,*

    v.

CITY OF KINGSPORT, et al.,

    *Defendants.*

No. 2:23-cv-00138-TAV-CRW

## <u>JOINT STATUS REPORT</u>

In accordance with this Court's Order (ECF. No. 25) of February 1, 2024, staying this action pending resolution of the related criminal case against Plaintiff Joshua Gibbons, Plaintiff Gibbons and Defendants City of Kingsport, Dale Phipps, Jason Bellamy, Sean Chambers, Martin Taylor, Darell Johnson, Robert Mills, and Daniel Horne (the "Parties") submit this status report on the related criminal case in Sullivan County Circuit Court.

The Court granted the Parties' motion to stay this civil case because, among other things, (1) the pending criminal case arose from the same alleged conduct, (2) dismissal would unduly prejudice Plaintiff Gibbons, and (3) a stay promoted judicial economy. Order at 2–3. The Court Order required the parties to submit a joint status report every ninety days regarding the status of the criminal case. *Id.* at 3.

The criminal case against Plaintiff Gibbons is ongoing. On December 12, 2024, the Sullivan County Circuit Court held a jury trial and found Gibbons guilty of disorderly conduct. That court denied Gibbons' motion for a new trial on May 12, 2025. Gibbons filed a notice of appeal on or about May 15, 2025, and his appeal to the Tennessee Court of Criminal Appeals is docketed as case number E2025-00734-CCA-R3-CD.

As ordered, the Parties will submit a joint status report in ninety days and will notify the Court within fourteen days of the resolution of the criminal case. *See id.* at 3.

Dated: July 25, 2025        Respectfully submitted,

*/s/ J. Christopher Rose*+
J. Christopher Rose (BPR #028106)
Sydney B. Gilbert (BPR #036022)
**HUNTER, SMITH & DAVIS**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8871
crose@hsdlaw.com
sgilbert@hsdlaw.com

+ *Signed by Adam Steinbaugh with permission of J. Christopher Rose*

**Counsel for Defendants**

*/s/ Adam Steinbaugh*
Adam B. Steinbaugh*
Pa. Bar No. 326475
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
Tel.: (215) 717-3473
Fax: (267) 573-3073
Email: adam@thefire.org

*Admitted pro hac vice

Dan Channing Stanley (TN Bar No. 021002)
Richard E. Collins (TN Bar No. 024368)
STANLEY & COLLINS, PLLC
422 S. Gay Street, Suite 300
Knoxville, TN 37902
(865) 522-9942
(865) 522-9945 fax
richard@knoxvilleattorney.com
dan@knoxvilleattorney.com

**Counsel for Plaintiff Joshua Gibbons**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the forgoing

Joint Status Report has been served upon the counsel for the parties in interest

herein by operation of the court's electronic case filing system:

> J. Christopher Rose (BPR #028106)
> Sydney B. Gilbert (BPR #036022)
> **HUNTER, SMITH & DAVIS**
> 1212 N. Eastman Road
> P.O. Box 3740
> Kingsport, TN 37664
> (423) 378-8871
> crose@hsdlaw.com
> sgilbert@hsdlaw.com
> *Counsel for Defendants*

Dated this 25th day of July, 2025

> /s/ Adam Steinbaugh
> Adam Steinbaugh

3