# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### GREENVILLE DIVISION

JOSHUA GIBBONS,

      *Plaintiff,*

    v.

CITY OF KINGSPORT, et al.,

      *Defendants.*

No. 2:23-cv-00138-TAV-CRW

## JOINT STATUS REPORT

In accordance with this Court's Order (ECF. No. 25) of February 1, 2024, staying this action pending resolution of the related criminal case against Plaintiff Joshua Gibbons, Plaintiff Gibbons and Defendants City of Kingsport, Dale Phipps, Jason Bellamy, Sean Chambers, Martin Taylor, Darell Johnson, Robert Mills, and Daniel Horne (the "Parties") submit this status report on the related criminal case in Sullivan County Circuit Court and the Tennessee Court of Criminal Appeals.

The Court granted the Parties' motion to stay this civil case because, among other things, (1) the pending criminal case arose from the same alleged conduct, (2) dismissal would unduly prejudice Plaintiff Gibbons, and (3) a stay promoted judicial economy. Order at 2–3. The Court Order required the parties to submit a joint status report every ninety days regarding the status of the criminal case. *Id*. at 3.

1

The criminal case against Plaintiff Gibbons is ongoing. On December 12, 2024, the Sullivan County Circuit Court held a jury trial and found Gibbons guilty of disorderly conduct. That court denied Gibbons' motion for a new trial on May 12, 2025. Gibbons filed a notice of appeal on or about May 15, 2025, and his appeal to the Tennessee Court of Criminal Appeals is docketed as case number E2025-00734-CCA-R3-CD. The appeal remains pending.

As ordered, the Parties will submit a joint status report in ninety days and will notify the Court within fourteen days of the resolution of the criminal case. *See id.* at 3.

Dated: April 21, 2026                                        Respectfully submitted,

*/s/ J. Christopher Rose*+                          */s/ Adam Steinbaugh*
J. Christopher Rose (BPR #028106)          Adam B. Steinbaugh*
Sydney B. Gilbert (BPR #036022)            Pa. Bar No. 326475
**HUNTER, SMITH & DAVIS**                   FOUNDATION FOR INDIVIDUAL RIGHTS
1212 N. Eastman Road                              AND EXPRESSION
P. O. Box 3740                                      510 Walnut Street, Suite 900
Kingsport, TN 37664                            Philadelphia, Pennsylvania 19106
(423) 378-8871                                      Tel.: (215) 717-3473
crose@hsdlaw.com                               Fax: (267) 573-3073
sgilbert@hsdlaw.com                            Email: adam@fire.org

+ *Signed by Adam Steinbaugh with*       *Admitted pro hac vice*
*permission of J. Christopher Rose*

**Counsel for Defendants**                     Dan Channing Stanley (TN Bar No. 021002)
                                                            Richard E. Collins (TN Bar No. 024368)
                                                            STANLEY & COLLINS, PLLC
                                                            422 S. Gay Street, Suite 300
                                                            Knoxville, TN 37902
                                                            (865) 522-9942
                                                            (865) 522-9945 fax
                                                            richard@knoxvilleattorney.com
                                                            dan@knoxvilleattorney.com

                                                            **Counsel for Plaintiff Joshua Gibbons**

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and exact copy of the forgoing

Joint Status Report has been served upon the counsel for the parties in interest

herein by operation of the court's electronic case filing system:

> J. Christopher Rose (BPR #028106)
> Sydney B. Gilbert (BPR #036022)
> **HUNTER, SMITH & DAVIS**
> 1212 N. Eastman Road
> P.O. Box 3740
> Kingsport, TN 37664
> (423) 378-8871
> crose@hsdlaw.com
> sgilbert@hsdlaw.com
> *Counsel for Defendants*

Dated this 21st day of April, 2026

/s/ Adam Steinbaugh
Adam Steinbaugh
