**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**GREENVILLE DIVISION**

| | |
|---|---|
| JOSHUA GIBBONS,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF KINGSPORT, et al.,<br><br>*Defendants.* | No. 2:23-cv-00138-TAV-CRW |

**<u>JOINT STATUS REPORT AND MOTION TO LIFT STAY</u>**

In accordance with this Court's Order (ECF. No. 25) of February 1, 2024, staying this action pending resolution of the related criminal case against Plaintiff Joshua Gibbons, Plaintiff Gibbons and Defendants City of Kingsport, Dale Phipps, Jason Bellamy, Sean Chambers, Martin Taylor, Darell Johnson, Robert Mills, and Daniel Horne (the "Parties") submit this status report to notify the Court of the conclusion of the related criminal case in Sullivan County Circuit Court and the Tennessee Court of Criminal Appeals.

This Court granted the Parties' motion to stay this civil case because, among other things, (1) the pending criminal case arose from the same alleged conduct, (2) dismissal would unduly prejudice Plaintiff Gibbons, and (3) a stay promoted judicial economy. Order at 2–3. This Court's Order required the parties to notify the Court within fourteen days of the resolution of the criminal case. *Id.* at 3.

The criminal case against Plaintiff Gibbons has concluded. On June 2, 2026, the Tennessee Court of Criminal Appeals (1) issued an opinion holding the evidence against Gibbons was insufficient to support a conviction; and (2) issued judgment reversing the trial court and dismissing the charge against Gibbons. A copy of the Court of Criminal Appeals' judgment and opinion are attached as Exhibits A and B, respectively.

On August 5, 2026, the Court of Criminal Appeals issued its mandate. The judgement of the Court of Criminal Appeals is now final.

The parties agree that this matter should proceed and request the Court lift the pending stay in this case and enter an Amended Scheduling Order. *See* ECF No. 18 (Scheduling Order). Alternatively, if the Court prefers, the parties are available for a scheduling or status conference at the Court's convenience.

Dated: August 19, 2026

Respectfully submitted,


*/s/ J. Christopher Rose*+
J. Christopher Rose (BPR #028106)
Sydney B. Gilbert (BPR #036022)
**HUNTER, SMITH & DAVIS**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8871
crose@hsdlaw.com
sgilbert@hsdlaw.com

+ *Signed by Adam Steinbaugh with permission of J. Christopher Rose*

**Counsel for Defendants**

*/s/ Adam Steinbaugh*
Adam B. Steinbaugh*
Pa. Bar No. 326475
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
Tel.: (215) 717-3473
Fax: (267) 573-3073
Email: adam@fire.org

**Admitted pro hac vice*

Dan Channing Stanley (TN Bar No. 021002)
Richard E. Collins (TN Bar No. 024368)
STANLEY & COLLINS, PLLC

422 S. Gay Street, Suite 300
Knoxville, TN 37902
(865) 522-9942
(865) 522-9945 fax
richard@knoxvilleattorney.com
dan@knoxvilleattorney.com

**Counsel for Plaintiff Joshua Gibbons**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Joint Status Report and Motion to Lift Stay has been served upon the counsel for the parties in interest herein by operation of the court's electronic case filing system:

J. Christopher Rose (BPR #028106)
Sydney B. Gilbert (BPR #036022)
**HUNTER, SMITH & DAVIS**
1212 N. Eastman Road
P.O. Box 3740
Kingsport, TN 37664
(423) 378-8871
crose@hsdlaw.com
sgilbert@hsdlaw.com
*Counsel for Defendants*

Dated this 19th day of August, 2026

/s/ Adam Steinbaugh
Adam Steinbaugh