FILED
06/02/2026
Clerk of the
Appellate Courts

IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE
May 19, 2026 Session

**STATE OF TENNESSEE v. JOSHUA DANIEL GIBBONS**

**Appeal from the Criminal Court for Sullivan County**
**No. S77097 William Rogers, Judge**

---

**No. E2025-00734-CCA-R3-CD**

---

## JUDGMENT

Came Defendant, Joshua Daniel Gibbons, by counsel, and the State of Tennessee, by the Attorney General, and this cause was heard at oral argument and on the record on appeal from the Criminal Court for Sullivan County. Upon consideration thereof, this Court is of the opinion that there is error in the judgment of the trial court.

It is, therefore, ordered and adjudged that the judgment of the trial court is reversed, the charge is dismissed, and the case is remanded to the Criminal Court for Sullivan County for the execution of judgment of this court and the collection of costs accrued below.

The costs of the appeal are taxed to the State of Tennessee.

Matthew J. Wilson, Judge
Robert W. Wedemeyer, Presiding Judge
Jill Bartee Ayers, Judge