UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOSHUA GIBBONS,<br><br>Plaintiff,<br><br>v.<br><br>DALE PHIPPS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 2:23-cv-138-TAV-CRW |

**ORDER**

This matter is before the Court on parties' Joint Status Report and Motion to Lift Stay [Doc. 39], in which the parties request that the Court lift the stay of this civil matter. The Court previously stayed all proceedings pending resolution of the related criminal case in Sullivan County Circuit Court [Doc. 25]. Following plaintiff's conviction of disorderly conduct in the Sullivan County Circuit Court on December 12, 2024, and denial of his motion for a new trial, plaintiff filed a notice of appeal to the Tennessee Court of Criminal Appeals [Doc. 34, p. 2]. On June 2, 2026, the Tennessee Court of Criminal Appeals issued an opinion and judgment reversing the trial court and dismissing the charge against plaintiff [Doc. 39-1, Doc. 39-2]. On August 5, 2026, the Court of Criminal Appeals issued its mandate, and judgment is now final [Doc. 39].

Accordingly, and for these reasons, the stay in this case is hereby **LIFTED**. In light of the Court's decision to lift the stay, it is hereby **ORDERED** that the jury trial is set for **Tuesday, August 24, 2027, at 9:00 a.m.**, in Knoxville, and the final pretrial conference is set for **Tuesday, August 17, 2027, at 1:00 p.m.**, in Knoxville. All unexpired deadlines

from the time that the Court stayed this litigation [Doc. 25] shall be applied as calculated from the new trial date and according to the same time limitations as set forth in the Court's original Scheduling Order [Doc. 18].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE