**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

| | |
|---|---|
| JOSHUA GIBBONS,<br><br>*Plaintiff,*<br><br>v.<br><br>DALE PHIPPS, et al.,<br><br>*Defendants.* | No. 2:23-cv-00138-TAV-CRW |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to Supplement Complaint [Doc. 41], filed pursuant to Federal Rule of Civil Procedure 15(d). Plaintiff seeks leave to file a Supplemental Complaint setting out the June 2, 2026, judgment of the Tennessee Court of Criminal Appeals reversing his disorderly conduct conviction and dismissing the charge against him — an event that occurred after the date of the pleading to be supplemented.

Rule 15(d) permits the Court, "on just terms," to allow a party to serve a supplemental pleading setting out an event that happened after the date of the pleading to be supplemented. Finding good cause, and no undue delay, bad faith, prejudice to Defendants, or futility, the Court concludes that supplementation is warranted.

Accordingly, Plaintiff's motion is hereby **GRANTED**. Plaintiff is **DIRECTED** to electronically file the Supplemental Complaint attached as Exhibit A to his motion

within seven (7) days of the entry of this Order. Defendants shall plead to the Supplemental Complaint within fourteen (14) days of its filing.

IT IS SO ORDERED.

______________________________________
UNITED STATES DISTRICT JUDGE