**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE DIVISION**

JOSHUA GIBBONS,

*Plaintiff,*

v.

CITY OF KINGSPORT, et al.,

*Defendants*.

No. 2:23-cv-00138-TAV-CRW
District Judge Thomas A. Varlan
Magistrate Judge Cynthia R. Wyrick

**PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT**

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiff Joshua Gibbons ("Gibbons" or "Plaintiff") files this First Supplemental Complaint, which alleges facts occurring after Plaintiff filed the original Complaint. This Supplemental Complaint incorporates all allegations and the prayer for relief in the original Complaint, found at ECF No. 1.

## INTRODUCTION

1. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1–9 of his Complaint, found at ECF No. 1.

## JURISDICTION AND VENUE

2. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 10–13 of his Complaint, found at ECF No. 1.

**THE PARTIES**

3. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 14–26 of his Complaint, found at ECF No. 1.

**FACTUAL ALLEGATIONS**

4. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 27–91 of his Complaint, found at ECF No. 1.

5. On December 12, 2024, the Sullivan County Criminal Court held a *de novo* jury trial, and the jury found Gibbons guilty of disorderly conduct.

6. Gibbons appealed to the Tennessee Court of Criminal Appeals.

7. On June 2, 2026, the Tennessee Court of Criminal Appeals reversed and dismissed the disorderly conduct charge against Gibbons—the last charge then pending against him—holding the evidence against Gibbons was insufficient to support a conviction.

8. On August 5, 2026, the Tennessee Court of Criminal Appeals issued its mandate.

**INJURIES TO PLAINTIFF**

9. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 92–96 of his Complaint, found at ECF No. 1.

## FIRST CAUSE OF ACTION
## First Amendment Retaliation
## (42 U.S.C. § 1983)
## (Against All Defendants)

10. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 97–121 of his Complaint, found at ECF No. 1, and the allegations contained in paragraphs 4–8 of this Supplemental Complaint.

11. The criminal proceedings against Gibbons resolved in his favor.

## SECOND CAUSE OF ACTION
## As-Applied First Amendment Challenge to Disorderly Conduct Statute
## (42 U.S.C. § 1983)
## (Against All Defendants)

12. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 122–142 of his Complaint, found at ECF No. 1, and the allegations contained in paragraphs 4–8 of this Supplemental Complaint.

13. The criminal proceedings against Gibbons resolved in his favor.

## THIRD CAUSE OF ACTION
## Violation of Fourth Amendment—
## Unlawful Seizure and False Arrest (42 U.S.C. § 1983)
## (Against All Defendants)

14. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 143–165 of his Complaint, found at ECF No. 1, and the allegations contained in paragraphs 4–8 of this Supplemental Complaint.

15. The criminal proceedings against Gibbons resolved in his favor.


Case 2:23-cv-00138-TAV-CRW Document 43 Filed 10/13/26 Page 3 of 6 PageID #: 193

**FOURTH CAUSE OF ACTION**
**Violation of Fourth Amendment—**
**Malicious Prosecution (42 U.S.C. § 1983)**
**(Against All Defendants)**

16. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 166–184 of his Complaint, found at ECF No. 1, and the allegations contained in paragraphs 4–8 of this Supplemental Complaint.

17. The criminal proceedings against Gibbons resolved in his favor.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Defendants and issue the forms of relief identified in the Prayer for Relief in his Complaint, found at ECF No. 1.

## DEMAND FOR JURY TRIAL

Under Fed. R. Civ. P. 38, Plaintiff Joshua Gibbons demands a trial by jury on all issues so triable.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Adam Steinbaugh*
Adam B. Steinbaugh*
Pa. Bar No. 326475
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
Tel.: (215) 717-3473
Fax: (267) 573-3073
Email: adam@fire.org

*Admitted pro hac vice*

Dan Channing Stanley (TN Bar No. 021002)
Richard E. Collins (TN Bar No. 024368)
STANLEY & COLLINS, PLLC

422 S. Gay Street, Suite 300
Knoxville, TN 37902
(865) 522-9942
(865) 522-9945 fax
richard@knoxvilleattorney.com
dan@knoxvilleattorney.com

Ursula Bailey (TN Bar No. 020616)
LAW OFFICES OF URSULA BAILEY
422 S. Gay Street, Suite 301
Knoxville, TN 37902
Phone: (865) 337-5737
Fax: (865) 522-9945
Email: ubailey65@gmail.com

**Counsel for Plaintiff Joshua Gibbons**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing Motion for Leave to Supplement Complaint has been served upon the counsel for the parties in interest herein by operation of the court's electronic case filing system:

J. Christopher Rose (BPR #028106)
Sydney B. Gilbert (BPR #036022)
**HUNTER, SMITH & DAVIS**
1212 N. Eastman Road
P.O. Box 3740
Kingsport, TN 37664
(423) 378-8871
crose@hsdlaw.com
sgilbert@hsdlaw.com
*Counsel for Defendants*

Dated this 13th day of October, 2026

/s/ Adam Steinbaugh
Adam B. Steinbaugh